So Ordered.

_____

Diane Davis
United States Bankruptcy Judge

Signed this 31 day of January, 2013.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

In re

JOSE L. LIZARDI,                                      Chapter 11
                                                     Case No. 12-62352

                                    Debtor.

**ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. §105(a)
FOR AN ORDER AUTHORIZING DEBTOR TO MAINTAIN EXISTING BANK
ACCOUNTS AND BUSINESS FORMS; AND AUTHORIZING CONTINUED USE OF
CURRENT CASH MANAGEMENT SYSTEM**

**UPON** the motion of the above-named Debtor and Debtor-in-Possession, JOSE L.

LIZARDI ("the "Debtor"), praying for an order pursuant for 11 U.S.C. §105(a) authorizing the

Debtor to maintain existing bank accounts and business forms, and the continued use of current

cash management system; and

**UPON** the hearing before the Court on January 24, 2013, and the Court having

considered the Debtor's application and having determined that the requested relief is necessary

for the maintenance of the Debtor's on-going operations and is beneficial to the administration of

the Debtor's estate, and on the consent of the United States Trustee; it is hereby

**ORDERED** that the Debtor's motion is granted, and the Debtor is authorized to maintain existing bank accounts and business forms and to continue use of current cash management systems, provided that all checks issued by the Debtor indicate the Debtor is a debtor-in-possession.

# # #