# GANZ WOLKENBREIT & SIEGFELD LLP
## ATTORNEYS AT LAW
ONE COLUMBIA CIRCLE
ALBANY, NEW YORK 12203
(518) 869-9500 • FAX: (518) 869-9556
www.gwlaw.com

JED B. WOLKENBREIT
ROBERT E. GANZ
DAVID E. SIEGFELD
CONOR E. BROWNELL
BETH E. CAREY

LIANNE S. PINCHUK
  COUNSEL

RICHARD H. FRIEDMAN (1977-2007)

NEW YORK OFFICE
230 PARK AVENUE, SUITE 1000
NEW YORK, NEW YORK 101069
(212) 984-1070 • FAX: (212) 984-1071

February 7, 2013

(Via ECF filing)
US Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street, Room 230
Utica, NY 13501

Re:   In Re: Jose L. Lizardi
      Case No.: 12-62352

Dear Judge Davis:

The undersigned represents Susan Skelly-Hand and Patrick Hand, Judgment Creditors of Jose L. Lizardi. As the Court is aware, a hearing was scheduled today at 11:45 AM to resolve my client's motion for an FRBP 2004 examination of the Debtor and Kelly D'Amour. Counsel for the Debtor and Ms. D'Amour put in limited opposition to the motion, and just this morning the parties were able to resolve the issue and will shortly be uploading a proposed Stipulation and Order on consent. Therefore, there was no need for appearances.

I appreciate the Court's attention to this matter. If the Court has any questions or concerns, please do not hesitate to contact me.

Very truly yours,

GANZ WOLKENBREIT & SIEGFELD LLP

Conor E. Brownell
ceb@gwlaw.com

CEB
00069552.WPD