So Ordered.

_____

Diane Davis
United States Bankruptcy Judge

Signed this 19 day of February, 2013.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

| | |
|---|---|
| In re<br><br>          JOSE L. LIZARDI,<br><br>                              Debtor. | Chapter 11<br>Case No. 12-62352 |

**ORDER GRANTING DEBTOR'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

**UPON** a hearing before the Court on February 12, 2013, on the motion (the "Motion") of

the above-captioned Debtor ("Debtor") for relief from the automatic stay to pursue an appeal of a

state-court judgment as further described in the Motion; and

**UPON** consideration of all of the papers filed in connection with the Motion, and the

appearances and arguments of counsel, for the reasons stated by the Court on the record at the

hearing, it is hereby

**ORDERED,** that the Motion is granted and the automatic stay is hereby vacated so as to

permit all parties to the appeal to pursue their appeal and cross-appeal rights with respect to the

appellate proceedings described in the Motion.

# # #